Marine National Bank of Buffalo, Respondent, v. Walter D. Greene, Appellant, Impleaded with Joseph H. Rebstock and Others.— Judgment affirmed, with costs. All concurred.

C. Frank Moore, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Glenwood Swarthout, an Infant, by Albert C. Bickelhaupt, His Guardian ad Litem, Appellant, v. Nettie Culver and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. All concurred; Nash, J., not sitting.

Thomas A. Donohue, Respondent, v. American Bridge Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred, except Nash, J., who dissented.

John Hofman Company, Respondent, v. Edward Murphy, 2d, and Century Mercantile Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

Alice Wilcox, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Hiscock and Nash, JJ., who dissented.

Charles T. Blansett, Appellant, v. Walter B. Duffy, Respondent.— Judgment affirmed, with costs. All concurred.

Emma D. Pitkin. as, etc., Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals granted.

Allen L. Wood, Appellant, v. Hyman Snider, Respondent.— Motion for leave to appeal to the Court of Appeals granted, the order and questions to be certified to be settled by and before Mr. Justice Spring on two days' notice.

Polly A. Hood, as Administratrix, etc., v. Lehigh Valley Railroad Company.— Motion for leave to appeal to the Court of Appeals granted.

Harriet A. Linzy, Appellant, v. Mary E. Whitney and Others, Respondents.— Motion for order substituting the temporary administrator of Mary E. Whitney, one of the respondents now deceased, in the place and stead of said Mary E. Whitney, granted.

Philena Briggs, Respondent, v. Alice I. Weeks and Another, Appellants.— Motion to place cause on calendar of present term granted.

In the Matter of the Appraisal under the Act in Relation to Taxable Transfers of Property of the Property of John Pratt, Deceased. The Comptroller of the State of New York, Appellant; Hannah A. Pratt, as Executrix, etc., of John Pratt, Deceased, and Others, Respondents.— Order reversed as to the real property covered by the deed of deceased and described in Exhibit C, with costs to the appellant, and matter remitted to Surrogate's Court with direction to impose the tax on such property. All concurred; Hiscock, J., not sitting.

Addie A. Allen, Respondent, v. Albert H. Pierson, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred; Hiscock, J., not sitting.

United States Condensed Milk Company, Appellant, v. Max Smith and Jacob Smith, Respondents.— Order modified so as to provide that the place of trial shall be changed from Oneida county to Ulster county, and as so modified affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., who voted for reversal and denial of motion; Hiscock, J., not sitting.

J. Howard Mark, Respondent, v. Albert Krippendorf and William Fritsch, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred; Hiscock, J., not sitting.

Earl Burlingame, Respondent, v. James H. Dykeman, Appellant.— Order reversed, without costs, and motion granted changing the place of trial from Wyoming to Orange county. All concurred, except McLennan, P. J., who dissented; Hiscock, J., not sitting.

Elmer E. Roberts, Individually and as Administrator with the Will Annexed of William Roberts, Deceased, and Others, Respondents, v. William E. Gifford, Appellant, Impleaded with Fanny L. Roberts and Others.— Orders affirmed, with ten dollars costs and disbursements. All concurred; Hiscock, J., not sitting.

Julia A. Deegan, as Administratrix, etc., of Thomas E. Deegan, Deceased, Appellant, v. Syracuse Lighting Company, Respondent.— Judgment affirmed, with costs. All concurred; Hiscock, J., not sitting.